**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**VANESSA DAVIS,**

    **Plaintiff,**

v.                                         **Case No:  8:19-cv-01001-WFJ-AAS**

**CASHNET USA OF FLORIDA, LLC**,

    **Defendant.**

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    **COME NOW**, Plaintiff, **VANESSA DAVIS** ("Plaintiff"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendant, **CASHNET USA OF FLORIDA, LLC**, should be dismissed, without prejudice, with each party to bear its own costs and attorneys' fees.

    Respectfully submitted this **June 25, 2019**,

                                                    */s/ Kaelyn Steinrkaus*
                                                    Kaelyn Steinkraus, Esq.
                                                    Florida Bar No. 125132
                                                    Michael A. Ziegler, Esq.
                                                    Florida Bar No.  74864
                                                    **Law Office of Michael A. Ziegler, PL**
                                                    2561 Nursery Road, Ste A
                                                    Clearwater, FL 33764
                                                    (P) 727-538-4188
                                                    (F) 727-362-4778
                                                    kaelyn@zeigerlawoffice.com
                                                    mike@ziegerlerlawoffice.com
                                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this **25** day of **June, 2019**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                  */s/ Kaelyn Steinkraus*
                                                  Kaelyn Steinkraus, Esq.
                                                  Florida Bar No. 125132